E-FILED
Wednesday, 13 December, 2017 10:57:22 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

**DYTANIEL L. MCBRIDE, # 17374-026,**

**Plaintiff,**

**vs.**

**JOHN R. YA'CUP,
BRIAN L. BERNTSON,
BRAD DIXON,
GREGORY R. WALTERS,
THOMAS KEITH,
JOHN A. GORMAN, and
JAMES E. SHADID,**

**Defendants.**

**Case No. 17−CV−1506−MJR**

# MEMORANDUM AND ORDER

**REAGAN, Chief Judge:**[1]

This matter comes before the Court for case management. After carefully reviewing Plaintiff's filings and examining the electronic docket available through the Public Access to

[1] The Honorable James E. Shadid, Chief District Judge for the Central District of Illinois, and the Honorable John A. Gorman, Magistrate Judge for the Central District of Illinois, are named as defendants in the instant action. On November 14, 2017, Chief Judge Shadid, who originally presided over this action, disqualified and recused himself pursuant to 28 U.S. C. § 455(b)(2). On November 14, 2017, the Honorable Sara Darrow, District Judge for the Central District of Illinois, disqualified and recused herself pursuant to 28 U.S.C. § 455. The Undersigned Judge, Chief District Judge for the Southern District of Illinois, was designated to preside over this case on December 6, 2017.

Court Electronic Records ("PACER") website (www.pacer.gov), it is evident that this action was opened in error.[2] Accordingly, the Clerk of the Court shall be directed to close this case.

On November 13, 2017, after the Central District of Illinois received a complaint and exhibits from Plaintiff, this case was opened without payment of a filing fee or the filing of a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion"). On November 14, 2017, Plaintiff was ordered to prepay the filing fee of $400.00 or file an IFP Motion within 14 days. In response to this directive, on November 14, 2017, Plaintiff filed a Motion for Update. (Doc. 2).

In his Motion for Update, Plaintiff explains that he mailed the instant complaint,[3] exhibits, and related case opening documents, including an IFP Motion, to the United States District Court for the Northern District of Illinois – the venue wherein he intended to open the instant action. Plaintiff further explains that, although he mailed a complaint and exhibits to the Central District of Illinois, he did not intend to open a case in the Central District of Illinois. Instead, Plaintiff was attempting to provide the named defendants with copies of the action he was in the process of filing in the Northern District of Illinois.

An examination of the PACER website confirms that an identical complaint, accompanied by various case opening documents, was filed in the Northern District of Illinois on November 13, 2017. *See McBride v. Ya'cup et al.,* No. 1:17-CV-08213-JZL ("NDIL Action"). The NDIL Action is presently pending and includes an amended complaint, filed on December 6, 2017. (Doc. 10).

---

[2] Court documents are, of course, public records of which the Court can take judicial notice. *See Henson v. CSC Credit Servs*., 29 F.3d 280, 284 (7th Cir. 1994); *Bova v. U.S. Bank, N.A., 446* F.Supp.2d 926, 930 n. 2 (S.D. Ill. 2006) (a court may judicially notice public records available on government websites) (collecting cases).

[3] Notably, the complaint in the instant case was completed using forms provided by the United States District Court for the Northern District of Illinois.

Having fully reviewed the relevant pleadings in the instant action and the NDIL Action, the Court concludes that (1) the instant action is duplicative of the NDIL Action; (2) Plaintiff intended to file his action only in the Northern District of Illinois; (3) by mailing his complaint and exhibits to the Central District of Illinois, Plaintiff's only intent was to provide certain defendants with copies of the action Plaintiff was filing in the Northern District of Illinois.

Accordingly, the Court concludes that the instant action was opened in error. The **CLERK** is directed to **CLOSE** this case. No filing fee shall be assessed for this action.

**IT IS SO ORDERED.**

**DATED: December 12, 2017**

s/ MICHAEL J. REAGAN
**Michael J. Reagan**
**Chief Judge**